UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GINA GUY and<br>ROSANNA LISA STANLEY,<br><br>Defendants. | **Order of Continuance**<br><br>24 Mag. 2386 |

    Upon the application of the United States of America and the affirmation of Lauren E. Phillips, Assistant United States Attorney for the Southern District of New York, it is found that the defendants were charged with violations of 18 U.S.C. §§ 1343, 1349, 1956, and 2, in a complaint dated June 24, 2024, and were arrested on June 25, 2024;

    It is further found that defendant Gina Guy was presented before Magistrate Judge Robyn F. Tarnofsky in this District on June 25, 2024, and was ordered released on bail with certain conditions;

    It is further found that defendant Rosanna Lisa Stanley was presented before Magistrate Judge Lisette M. Reid in the Southern District of Florida on June 25, 2024, and was ordered released on bail with certain conditions;

    It is further found that William Castro, Esq., counsel for defendant Guy, and Assistant United States Attorney Lauren E. Phillips have been engaged in, and are continuing, discussions concerning a possible disposition of this case with respect to defendant Guy;

    It is further found that Joseph Corozzo, Esq., counsel for defendant Stanley, and Assistant United States Attorney Lauren E. Phillips have been engaged in, and are continuing, discussions concerning a possible disposition of this case with respect to defendant Stanley;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that both defendants Guy and Stanley, through counsel, have consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until September 23, 2024, and that a copy of this Order and the affirmation of Assistant United States Attorney Lauren E. Phillips be served on counsel for the defendants by the United States Attorney's Office.

Dated: New York, New York
       August 21, 2024

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE